

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## MEMORANDUM ORDER

Cause No 01-14-00027-CV, *Juan Alaniz, et al. v. The O'Quinn Law Firm, John M. O'Quinn & Assoc., LLP, The Estate of John M. O'Quinn, Deceased, and Abel Manji*

On Appeal from the Probate Court No. 2 of Harris County, Texas, trial court cause number 392,274-414, the Hon. Mike Wood, presiding.

On April 14, 2015, the parties appeared for oral argument. The panel addressed the issue of the basis for appellate jurisdiction in this case and the propriety of the severance order purporting to make the trial court's order on the partial motions for summary judgment final and appealable. *See* TEX. R. CIV. P. 41; *Guar. Fed. Sav. Bank v. Horseshoe Operating Co.*, 793 S.W.2d 652, 658 (Tex. 1990). The panel now requests supplemental briefing on those issues. It is **ordered** that the supplemental briefing of both parties is due ten days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   Acting individually

Date: April 17, 2015